HENRY W. HAYDEN, Appellant, *v.* CATHARINE T. R. MATHEWS et al., Respondents.

*Hayden* v. *Mathews,* 4 App. Div. 338, affirmed.
(Argued March 20, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 25, 1896, upon an order affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term, and affirming an order granting an additional allowance.

*Henry W. Hayden,* appellant, in person.

*Morris P. Ferris* for respondents.

Judgment and order affirmed, with costs, on opinion of MERWIN, J., below.
All concur, except BARTLETT, J., not voting.

---

LOUIS DUSCHNES, Appellant, *v.* JULIUS M. HEYMAN, Executor of JULIA HEYMAN, Deceased, Respondent.

*Duschnes* v. *Heyman,* 2 App. Div. 354, affirmed.
(Argued March 20, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1896, upon an order affirming a judgment of the late Court of Common Pleas for the city and county of New York in favor of defendant entered upon a decision of the court on trial at an Equity Term.

*Edward W. S. Johnston* for appellant.

*John Frankenheimer* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.